434

Frank A. Paschke, Appellee, v. Anna Paschke, Appellant.

Gen. No. 42,450.

BURKE, P. J., dissents in part.

opinion filed June 30, 1943; rehearing denied December 3, 1943.  Edward S. Cody, for appellant; David A. Riskind, for appellee.   Opinion by JUSTICE HEBEL. "Not to be published in full."